Craig S. Summers (SBN 108,688)
craig.summers@kmob.com
Joseph S. Cianfrani (SBN 196,186)
joe.cianfrani@kmob.com
Irfan A. Lateef (SBN 204,004)
irfan.lateef@kmob.com
Brian C. Claassen (SBN 253,627)
brian.claassen@kmob.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
**INTOUCH TECHNOLOGIES, INC.**
**D/B/A INTOUCH HEALTH**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

INTOUCH TECHNOLOGIES, INC. D/B/A INTOUCH HEALTH, a Delaware corporation,

Plaintiff,

v.

VGO COMMUNICATIONS, INC., a Delaware corporation,

Defendant.

AND RELATED COUNTERCLAIMS

Case No. CV 11-9185 PA (AJWx)

**PLAINTIFF INTOUCH TECHNOLOGIES, INC.'S NOTICE OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND SOURCE CODE**

**DISCOVERY MATTER**

Hearing Date: May 7, 2012
Time: 10:00 a.m.
Courtroom: 690

Discovery Cut-Off: September 10, 2012
Final PTC: October 19, 2012
Trial: November 20, 2012

Honorable Magistrate Judge Andrew J. Wistrich

PLEASE TAKE NOTICE that Plaintiff/Counterdefendant InTouch Technologies, Inc. d/b/a InTouch Health ("Plaintiff" or "InTouch") hereby moves for an order compelling production of source code. Subject to the Court's availability, the motion will be heard on May 7, 2012, at 10:00 a.m., in Courtroom 690, before the Honorable Andrew J. Wistrich.

This motion is made pursuant to Local Rules 37-1 through 37-2.

InTouch bases the motion on this notice; the concurrently filed Local Rule 37-2 joint stipulation; the declaration of Brian Claassen, including the exhibits attached thereto; any subsequently filed supplemental memorandum and accompanying papers; the pleadings and papers filed in this action; and any other arguments, evidence, and matters submitted to the Court, at the hearing or otherwise.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 9, 2012 By: */s/Brian C. Claassen*

Craig S. Summers
Joseph S. Cianfrani
Irfan A. Lateef
Brian C. Claassen

Attorneys for Plaintiff
INTOUCH TECHNOLOGIES, INC. D/B/A INTOUCH HEALTH

12979294