

FILED
CLERK, U.S. DISTRICT COURT
NOV 29 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTOUCH TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>VGO COMMUNICATIONS, INC.,<br><br>Defendant. | No. CV 11-9185 PA (AJWx)<br><br>JURY VERDICT FORM |

**Instructions:** When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question.

## QUESTIONS AND ANSWERS

1. Do you find that Plaintiff has proven by a preponderance of the evidence that Defendant's accused product includes each and every element of Claim 79 of the '357 patent and therefore infringes the '357 patent?

   Yes _____   No ✓

2. Do you find that Plaintiff has proven by a preponderance of the evidence that Defendant's accused product includes each and every method step of Claim 1 of the '030 patent and therefore infringes the '030 patent?

   Yes _____   No ✓

3. Do you find that Plaintiff has proven by a preponderance of the evidence that Defendant's accused product includes each and every method step of Claim 1 of the '962 patent and therefore infringes the '962 patent?

   Yes _____   No ✓

4. Do you find that Plaintiff has proven by a preponderance of the evidence that Defendant's accused product includes each and every element of Claim 8 of the '962 patent and therefore infringes the '962 patent?

   Yes _____   No ✓

5. Do you find that Defendant has proven by clear and convincing evidence that Claim 79 of the '357 patent is invalid on the grounds of obviousness?

   Yes ✓   No _____
- 1 -

6. Do you find that Defendant has proven by clear and convincing evidence that Claim 1 of the '030 patent is invalid on the grounds of obviousness?

Yes √   No _____

If you answered:

"Yes" as to question 1 and "No" as to question 5;
   **OR**
"Yes" as to question 2 and "No" as to question 6;
   **OR**
"Yes" as to either questions 3 or 4;

**then** answer questions 7 **and** 8. Otherwise, **do not answer** the following questions. The jury foreperson should instead sign and date this Verdict Form and return it to the Court Security Officer.

7. Do you find that Plaintiff has proven by clear and convincing evidence that Defendant's infringement was willful?

Yes _____ No _____

8. What is the total dollar amount Plaintiff is entitled to receive in damages to compensate for Defendant's infringement?

$ _____

**When you have completed filling out this form, please have the jury foreperson sign and date the verdict below.**

Date: 11/29/12

Signature of Jury Foreperson: REDACTED

14417861

- 2 -