JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTOUCH TECHNOLOGIES, INC., | No.    CV 11-9185 PA (AJWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| VGO COMMUNICATIONS, INC., | |
| Defendant. | |

Following the Jury's Verdict on November 29, 2012 and consistent with the Court's Minute Order of January 5, 2013, the Court hereby enters judgment in favor of Defendant-Counterclaimant VGo Communications, Inc. ("Defendant"), and against Plaintiff-Counterdefendant InTouch Technologies, Inc. ("Plaintiff").

It is therefore now ORDERED, ADJUDGED, and DECREED that Plaintiff shall recover nothing from Defendant by way of Plaintiff's First Amended Complaint.

It is FURTHER ORDERED, ADJUDGED, and DECREED that Claim 79 of U.S. Patent No. 6,925,357 and Claim 1 of U.S. Patent No. 7,593,030 are each found to be invalid for obviousness pursuant to 35 U.S.C. § 103(a).

. . . .

1        It is FURTHER ORDERED, ADJUDGED, and DECREED that Defendant shall have

2 its costs of suit.

3        The Clerk is ordered to enter this Judgment.

4

5 DATED:  January 5, 2013

6                                        Percy Anderson

7                      UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28