JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

INTOUCH TECHNOLOGIES, INC.,

Plaintiff,

v.

VGO COMMUNICATIONS, INC.,

Defendant.

No. CV 11-9185 PA (AJWx)

AMENDED JUDGMENT

Following the Jury's Verdict on November 29, 2012, the Court's Minute Order of January 5, 2013, and the Federal Circuit's Mandate received by this Court on June 16, 2014, the Court hereby enters this Amended Judgment in favor of Defendant-Counterclaimant VGo Communications, Inc. ("Defendant"), and against Plaintiff-Counterdefendant InTouch Technologies, Inc. ("Plaintiff").

It is therefore now ORDERED, ADJUDGED, and DECREED that Plaintiff shall recover nothing from Defendant by way of Plaintiff's First Amended Complaint.

//

//

//

1   It is FURTHER ORDERED, ADJUDGED, and DECREED that Defendant shall have
2 its costs of suit.
3   The Clerk is ordered to enter this Judgment.

5 DATED: June 20, 2014

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE